May 6, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

IN THE MATTER OF THE MARRIAGE OF VALERIE DELAINE O'BRIEN
AND RICHARD ELDON O'BRIEN

NO. 14-13-00283-CV

_____

       This cause, an appeal from the final decree of divorce dissolving the marriage between Valerie Delaine O'Brien and Richard Eldon O'Brien, signed November 30, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

       We order appellant, Valerie Delaine O'Brien, to pay all costs incurred in this appeal.

       We further order this decision certified below for observance.